R. L. JAMES v. E. L. PROPER.

(No. 1134, Op. Book No. 3, p. 439.)

ERROR from Dallas County. Opinion by WINKLER, J.

§ **83.** *Judgment by default; defective citation.* Citation served on defendant November 14, 1878, command-

ing him to answer the suit on the first Tuesday after the first Monday in January, 1878, a date prior to the service of the citation. Judgment by default January 9, 1879. *Held*, that the judgment by default was erroneous. [Covingtons v. Burleson, 28 Tex. 368.]

December 11, 1880.          Reversed and remanded.